# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAZENDRA COLLINS, WILLIE TEAGUE, AND LAWRENCE TEAGUE ) ) | |
| ) | Case No. 2021 CV 02913 |
| Plaintiff, ) | |
| v. ) | Judge Rebecca R. Pallmeyer |
| ) | |
| CITY OF CHICAGO, ET AL. ) | |
| ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties, by and through their respective counsel, hereby submit the below status report pursuant to this Court's May 2, 2024 order (ECF No. 72):

1. In the last weeks of fact discovery, certain information came to light that Defendants believe they must further explore. Defendants will be filing a motion to reopen fact discovery for a limited purpose to complete certain aspects of fact discovery, to run concurrently with the expert discovery schedule proposed below. Defendants will file said motion by May 22, 2024. Plaintiff will oppose.

2. The parties propose the below expert discovery schedule:

   a. Plaintiffs to disclose their expert reports by July 30, 2024;

   b. Defendants to complete depositions of Plaintiff's experts by August 30, 2024;

   c. Defendants to disclose their expert reports by September 30, 2024;

   d. Plaintiffs to depose Defendants' experts by October 30, 2024.

4. The parties propose the below summary judgment schedule:

   a. Summary judgment motions due November 29, 2024;

   b. Responses due December 30, 2024;

1

   c.  Replies due January 20, 2025.

 5. The parties had previously proposed the following dates as potential trial dates: April 7, 2025; April 14, 2025; and April 21, 2025. However, upon realizing that Plaintiffs need until July 30, 2024 to disclose experts, and the schedule that follows from that, the parties now propose slightly later dates in order to provide this Court with more time to rule on summary judgment prior to trial. The parties now propose May 19, 2025, May 27, 2025, or June 2, 2025 as trial dates for this matter. The parties anticipate the trial to last two (2) weeks.

Dated: May 16, 2024

                Respectfully submitted,

                /s/ *Tyler D. Michals*
                Assistant Corporation Counsel

                Gregory Beck, Assistant Corporation Counsel Supervisor
                City of Chicago, Department of Law
                2 North LaSalle Street, Suite 420
                Chicago, IL 60602
                312-742-5146
                **Attorney for the Officers**

                /s/Shay Allen
                S.T. Allen Law, P.C.
                314 N. Loomis, Ste G2
                Chicago, IL 60607
                708-960-0113
                **Attorney for the Plaintiffs**

                /s/ *Marion Moore*
                Marion Moore, Chief Assistant Corporation Counsel
                Simerdeep Kaur, Assistant Corporation Counsel
                City of Chicago, Department of Law
                2 North LaSalle Street, Suite 420
                Chicago, IL 60602
                312-744-5170 (Moore)
                Atty No. 6302566 (Moore)
                **Attorney for the City**