# EXHIBIT 1

*PLAINTIFF'S INITIAL DISCLOSURES*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LAZENDRA COLLINS, WILLIE TEAGUE, )
LAWRENCE TEAGUE )
                              )
                     Plaintiffs, )
                              )
v.                               )
                              )
City of Chicago and Unknown Officers )
                              )
                   Defendants. )
                              )
                              )

No. 21 cv 02913

Judge Rebecca Pallmeyer

## **PLAINTIFFS' MANDATORY INITIAL DISCLOSURES**

NOW COME the Plaintiffs, Lazendra Collins, Willie Teague and Lawrence Teague

by and through their counsel, and hereby provides the following Mandatory Initial

Disclosures, as follows:

**WITNESSES:**

1. Plaintiff Lazendra Collins – to be contacted through counsel – has knowledge of the allegations contained in the operative complaint;

2. Plaintiff Willie Teague – to be contacted through counsel – has knowledge of the allegations contained in the operative complaint;

3. Plaintiff Lawrence Teague – to be contacted through counsel – has knowledge of the allegations contained in the operative complaint;

4. All person identified by the defendants;

5. Investigation Continues.

**STATEMENTS:**

1.     Video Recording made by Lazendra Collins

**EVIDENCE:**

1.     Video Recording

2.     Medical Records

3.     Investigation continues

All evidence is in the possession of Plaintiffs' counsel.

**STATEMENT OF RELEVANT FACT TO EACH CLAIM:**

1. Unlawful stop/False Arrest and Excessive Force in violation of Fourth Amendment- All three Plaintiffs were riding in a vehicle and attempting to leave a mall. The driver nor any of the occupants of the vehicle committed no violation of the Illinois Vehicle or Criminal Code nor Municipal Code for Chicago. Yet, All three Plaintiffs were seized by Chicago Police. Chicago Police used abrasive language, damaged the Plaintiffs' vehicle and other property, used excessive force and unlawfully arrested Lawrence Teague.

2. Conspiracy to Violate the Plaintiffs' Fourth Amendment Rights-Officers had their badge numbers covered by the bands on their vests. This action was taken before arriving to the officers attack of the Plaintiffs and shows an intention to commit inappropriate and illegal acts on the part of the officers.

3. Failure to Intervene- As officers used profane language, damaged Plaintiffs' vehicle, damaged Plaintiffs' property, battered Plaintiffs' and hid their identity without any probable cause or provocation other officers did not step in to stop the officers taking the actual steps in this case.

4. Monell Claims- Amid the aftermath of the tragic murder of George Floyd Chicago Police engaged in widespread use of force as crowd control against protestors. There was an express or implied policy and/or custom of the City of Chicago to use extraordinary and unjustified excessive force in particular in the minority neighborhoods.

5. Intentional Infliction of Emotional Distress- The severe actions of the officers were planned and orchestrated as a strategy they thought would best deal with innocent citizens. Their ruthless actions ignored all logic and showed a reckless disregard for the emotional and mental state of the citizens they descended upon.

6. Battery- Unknown officers physically attacked and harmed Plaintiffs in this case without legal justification. In this matter officers used their hands as well as weapons to unlawfully attack the Plaintiffs.

7. Assault- Unknown officers smashed windows, cursed, screamed and threatened use of physical force by the use of hands and weapons towards the Plaintiffs without any legal justification.

8. False Imprisonment-Unknown officers in this matter forcibly arrested the Plaintiffs without any probable cause for the arrest.

9. Indemnification- Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9-402, Defendant City of Chicago is liable for any judgments for compensatory damages in this case arising from the actions of all Defendants.

**DAMAGES:**

In addition to medical costs, many of Plaintiffs' damages are not readily convertible into quantifiable form and will be up to a jury to decide, including but not limited to significant emotional distress, pain, suffering, humiliation and embarrassment, loss of liberty, interference with a normal life, and the wrongful deprivation of their constitutional rights, and others.

Dated: 30 September 2021

Respectfully Submitted,

By: _____

*Plaintiffs' Attorney*

Shay T. Allen
S.T. Allen Law, P.C.
314 N. Loomis, Ste. G2
Chicago, Illinois 60607
T: (708) 960-0113
F: (708) 575-1778

E: sallen@attorneyshaytallen.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies, on oath, that the foregoing, PLAINTIFF'S

MANDATORY INITIAL DISCOVERY DISCLOSURES, was served via email on:

      Danielle Alvarez

      Danielle.Alvarez1@cityofchicago.org
      City of Chicago Department of Law
      2 N LaSalle St. Ste. 420
      Chicago, Illinois 60602

on Thursday, September 30, 2021.