# EXHIBIT 2

YOUCUT VIDEO

(Placeholder)