# EXHIBIT 3

*PLAINTIFF COLLINS' RESPONSE TO DEFENDANT GALLOZA'S FIRST SET OF INTERROGATORIES*