# EXHIBIT 4

*PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Lazendra Collins, et al., | ) | |
| | ) | 21 C 2913 |
| Plaintiffs, | ) | |
| | ) | Judge Rebecca Pallmeyer |
| City Of Chicago, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' GALLOZA AND STYCZYNSKI FIRST SET OF REQUESTS TO PRODUCE TO PLAINTIFFS**

Plaintiffs Lazendra Collins, Lawrence Teague and Willie Teague(Plaintiffs) submit the following objections and responses to Defendants' Galloza and Styczynski First Set of Requests to Produce:

## PRODUCTION REQUESTS

1. All **DOCUMENTS** that relate to or mention the **LOOTING.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Plaintiffs also object by using the term "looting" seems to suggest Plaintiffs were somehow involved in looting on May 31, 2020. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention the looting.

2. All **DOCUMENT** that relate to or mention the **ALTERCATION**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Plaintiffs also object by using the term "altercation" seems to suggest Plaintiffs were somehow involved in a fight or physical altercation on May 31, 2020. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention the altercation.

3. All **DOCUMENT** that relate to or mention the **FORCE**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention force.

4. All **DOCUMENTS** that relate to or mention the **ARREST.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention the arrest.

5. All **DOCUMENTS** that relate to or mention the **PROSECUTION**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention the prosecution.

6. All **DOCUMENTS** that relate to or mention the present lawsuit.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to Plaintiffs medical records included with this document.

7. All physical evidence, objects, and tangible things relating to the **LOOTING**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical, evidence, objects and tangible things" is too broad and an undue burden. Plaintiffs also object by using the term "looting" seems to suggest Plaintiffs were somehow involved in looting on May 31, 2020. Subject to and without waiving said objections Plaintiffs have no physical evidence, object or tangible things in their custody or control that relate to or mention the looting.

8. All physical evidence, objects, and tangible things relating to the **ALTERCATION**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical evidence, objects, and tangible things" is too broad and an undue burden. Plaintiffs also object by using the term "looting" seems to suggest Plaintiffs were somehow involved an altercation on May 31, 2020. Subject to and without waiving said objections Plaintiffs have no physical evidence, objects or tangible things in their custody or control that relate to or mention an altercation.

9. All physical evidence, objects, and tangible things relating to the **FORCE**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical evidence, objects, and tangible things" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to a video of the incident that will be tendered with this document.

10. All physical evidence, objects, and tangible things relating to the **ARREST**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical evidence, objects, and tangible things" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to a video of the incident that will be tendered with this document.

11. All physical evidence, objects, and tangible things relating to the **PROSECUTION**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical evidence, objects, and tangible things" is too broad and an undue burden. Plaintiffs also object by using the term "looting" seems to suggest Plaintiffs were somehow involved an altercation on May 31, 2020. Subject to and without waiving said objections Plaintiffs have no physical evidence, objects or tangible things in their custody or control that relate to or mention the prosecution.

12. All physical evidence, objects, and tangible things relating to the present lawsuit.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all physical evidence, objects, and tangible things" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to a video and medical records of the incident that will be tendered with this document.

13. All **DOCUMENTS** that relate to or mention Mark Styczynski.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention Mark Styczynski.

14. All **DOCUMENTS** that relate to or mention Eddie Galloza.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention Eddie Galloza

15. All **DOCUMENTS** that relate to or mention any witness that **PLAINTIFFS** disclose to the defense in present lawsuit.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention any witness that Plaintiffs disclose to the defense in present lawsuit.

16. All **DOCUMENTS** that **PLAINTIFFS** may use to impeach a witness at trial in the present lawsuit.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to video of this incident tendered with this document.

17. All **DOCUMENTS** that contain any statements or **COMMUNICATIONS** made by **PLAINTIFFS** under oath.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain statements of communications made by Plaintiffs under oath.

18. All **DOCUMENTS** that contain any statements or **COMMUNICATIONS** made by Mark Styczynski.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain statements or communication made by Mark Styczynski.

19. All **DOCUMENTS** that contain any statements or **COMMUNICATIONS** made by Eddie Galloza.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain any statements or communications made by Eddie Galloza.

20. All **DOCUMENTS** that contain any **COMMUNICATIONS** between **PLAINTIFFS** and any City of Chicago employee from January 1, 2020, to the present.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain any communications between Plaintiffs and any City of Chicago employee from January 1, 2020 to the present.

21. All **DOCUMENTS** that contain any statements or **COMMUNICATIONS** made by any witness or person claiming to be a witness to the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION** about any of the following topics:

        a. The **LOOTING**
        b. The **ALTERCATION**;
        c. The **FORCE**;
        d. The **ARREST;**

      e. The **PROSECUTION**;
      f. The present lawsuit.
      g. Any injuries and/or damages any **PLAINTIFFS** sustained from the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain any statements or communications made by any witness or person claiming to be a witness to the altercation, force, arrest and/or prosecution about any of the named topics.

22. All **DOCUMENTS** relating to any Federal Bureau of Investigation, Federal, State, Cook County State's Attorney, Independent Police Review Authority, or Chicago Police Department investigation or inquiry into the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION.**

**RESPONSE**: Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relating to any investigations into the altercation, force, arrest, and/or prosecution.

23. All **DOCUMENTS** that relate to any convictions, arrests, detentions, and/or commitments of **PLAINTIFFS** by any governmental entity, juvenile authority, or law enforcement agency, including, but not limited to, the City of Chicago, the County of Cook, the State of Illinois, or any other state or federal agency or entity.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to any convictions, arrests, detentions, and/or commitments of Plaintiffs by any governmental entity, juvenile authority, or law enforcement agency, included to but not limited to the City of Chicago, the County of Cook, the State of Illinois, or any other state or federal agency or entity.

24. All **DOCUMENTS** that contain the identity, location, and telephone number of any witness to the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION,** and/or any injuries **PLAINTIFFS** sustained therefrom.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain the identity, location, and telephone number of any witness to the altercation, force, arrest, and/or prosecution. For injuries refer to medical records.

25. All **DOCUMENTS** that contain the identity, location, and telephone number of any person with knowledge of facts that relate to the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION,** and/or any injuries **PLAINTIFFS** sustained therefrom.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain the identity, location, and telephone number of any person with knowledge of facts that relate to the altercation, force, arrest, and/or prosecution. For injuries refer to medical records.

26. All **DOCUMENTS** that **PLAINTIFFS** are requested to **IDENTIFY** in Defendant Styczynski's First Set of Interrogatories and Defendant Galloza's First Set of Interrogatories and any additional sets of interrogatories issued thereafter.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendant to previously tendered documents.

27. All **DOCUMENTS** that **PLAINTIFFS** identified or referred to in preparing his or her answers to Defendant Styczynski's First Set of Interrogatories and Defendant Galloza's First Set of Interrogatories and any additional sets of interrogatories issued thereafter.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Plaintiffs also object to this request in that privileged materials or work product is requested. In addition, this request violates Rule 34 of the Federal Rules of Civil Procedure. Subject to and without waiving said objections Plaintiffs refer Defendants to medical records tendered.

28. All **DOCUMENTS** that relate to or mention any physical injuries that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to tendered medical records.

29. All **DOCUMENTS** that relate to or mention any emotional injuries that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to mention any emotional injuries that Plaintiffs sustained as a result of the force, arrest and/or prosecution.

30. All **DOCUMENTS** that relate to or mention any mental injuries that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST,** and/or **PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to or mention any mental injuries that the Plaintiffs sustained as a result of the force, arrest and/or prosecution.

31. All **DOCUMENTS** that relate to or mention any injury that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION** that are not identified in response to Request 29, 30, or 31.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendant to documents tendered in response to 29, 30 and 31.

32. All **DOCUMENTS** that relate to or mention any physical, emotional, or mental injury that Plaintiff sustained prior to the date of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION** that is similar to any physical, emotional, or mental injury that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to or mention any physical, emotional, or mental injury that Plaintiffs sustained prior to the date this use of excessive force by CPD that are similar to injuries sustained as a result of excessive force being used.

33. All **DOCUMENTS** that relate to or mention **PLAINTIFFS** physical, emotional, or mental condition from January 1, 2015, to the present.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate or mention Plaintiffs physical, emotional, or mental conditions that proceed the documents tendered with document as a result of use of excessive force by CPD.

34. All **DOCUMENTS** that relate to or mention any expenses for medical care that **PLAINTIFFS** incurred as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer to the medical bills included with this document.

35. All **DOCUMENTS** that relate to or mention any lost wages, earnings or income, sustained by **PLAINTIFFS** as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION,** including, but not limited to, paystubs, W-2 forms, 1099 forms, and income tax returns filed by **PLAINTIFFS** from January 1, 2015, to the present, or, in the alternative, an authorization executed by Plaintiff for the release of certified copies of said returns.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to or mention lost wages, earnings, or income sustained by Plaintiffs.

36. All **DOCUMENTS** that relate to or mention any loss of earning capacity that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to or mention any loss of earning capacity that Plaintiffs sustained.

37. All **DOCUMENTS** that relate to or mention any expense or loss that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION** that is not identified in response to Request 35, 36, or 37.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to or mention lost wages, earnings, or income sustained by Plaintiffs.

38. All **DOCUMENTS** used to calculate **PLAINTIFFS** pecuniary damages, including but not limited to medical bills, attorney bills, income tax returns, receipts, and canceled checks, or other documentation indicating that an item of expense that arises out of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION** has been paid.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs refer Defendants to previously disclosed medical bills.

**39. All DOCUMENTS** that relate to any insurance claim that **PLAINTIFFS** filed against an insurance company seeking benefits for any injuries or damages that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to any insurance claims that Plaintiffs filed against an insurance company seeking benefits for any injuries or damages.

40. All **DOCUMENTS** that relate to any claim to a public entity seeking benefits for any injuries of damages that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate to any claim a public entity seeking benefits for any injuries or damages sustained.

**41. All DOCUMENTS** that relate to any payment that **PLAINTIFFS** received from any source relating to any injuries or damages that **PLAINTIFFS** sustained as a result of the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION.**

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that relate of any payment that Plaintiffs received from any source relating to an any injuries or damages that Plaintiffs sustained as a result of the excessive force by CPD.

42. All **DOCUMENTS** that relate to any bankruptcy, social security/disability, unemployment, and workers' compensation petitions filed by **PLAINTIFFS**.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to any bankruptcy, social security/disability, unemployment and workers' compensation filed by the Plaintiffs.

43. All **DOCUMENTS** that relate to any income or disability payment or benefit that **PLAINTIFFS** received from January 1, 2015, to the present.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate o any income or disability payment or benefit that Plaintiffs received from January 1, 2015, to present.

44. All **DOCUMENTS** containing any FOIA requests made by **PLAINTIFFS** that relate to the **ALTERCATION, FORCE, ARREST, and/or PROSECUTION** and any responses that **PLAINTIFFS** received.

**RESPONSE:** Plaintiffs object to this request because the term "all" is vague and ambiguous. Plaintiffs further object because asking for "all documents" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control that contain any FOIA requests made by Plaintiffs nor any responses.

45. Copies of any statements, photographs, or postings of any kind made on any website or social networking site[1] that relate to Mark Styczynski, Eddie Galloza, **LOOTING, ALTERCATION, FORCE, ARREST, PROSECUTION,** or the present lawsuit.[2]

**RESPONSE:** Plaintiffs object to this request because the term "any kind" is vague and ambiguous. Plaintiffs further object because asking for "any kind" is too broad and an undue burden. Subject to and without waiving said objections Plaintiffs have no documents in their custody or control at this time that relate to any statements, photographs or posting of any kind made on any social media.

Respectfully submitted,

*/s/ Shay Allen*

S.T.Allen Law, P.C.
314 N. Loomis, Ste. G2
Chicago, Illinois 60607
708. 960.0113
312.575.1778-fax
sallen@attorneyshaytallen.com

## CERTIFICATE OF SERVICE

    I certify that on December 29, 2022, I caused true and correct copies of the above and foregoing to be served via electronic mail upon counsel of record at the following address:

    Shay Allen
    sallen@attorneyshaytallen.com

*/s/ Shay Allen*