# EXHIBIT 5

*Full Unedited Video (Placeholder)*